**MICHAEL COSENTINO, SBN 83253**
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone:  (510) 523-4702
Facsimile:   (510) 747-1640

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. **C11-6445 LB** |
| Plaintiff, | |
| | **JOINT NOTICE OF SETTLEMENT** |
| v. | ORDER |
| **SARAH BELLETTO**, | |
| Defendant. | |

To all Parties and their attorney of record:

**NOTICE IS HEREBY GIVEN** that the above entitled parties have settled the above entitled. However, because one final act is required of the defendant to finally consummate the settlement, plaintiff requests that it be allowed 90 days to request that the matter be reinstated.

Date: October 19, 2012          /s/
                       MICHAEL COSENTINO, Counsel
                       For plaintiff, United States of America

Date: October 18, 2012          /s/
                       ISIDOOR BORNSTEIN, Counsel for defendant

**ORDER**

The above joint notice of settlement and the request of the plaintiff having been

1 | considered, the matter having been submitted, and good cause therefor,

2 | **THE COURT ORDERS THAT** the above entitled matter be and hereby is dismissed
3 | with prejudice.

4 | **THE COURT FURTHER ORDERS THAT** plaintiff may reinstate the matter by
5 | filing a request to the court to reinstate the matter, within 90 days hereof.

7 | DATED: October 22, 2012

LAUREL BEELER, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT